**FILED**
MAY - 3 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 2, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-60501        Elizabeth M. Wallace

*5/3/2011*

To Whom It May Concern:

Enclosed please find check #**922615** in the amount of **$126.36**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

  Claim No.   5

  Account#   0631856796

  Creditor    Countrywide Home Loans
         POB 10334
         Van Nuy, CA 91410

**RECEIVED**
MAY - 3 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 61100242